| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tsintolas Investments, Incorporated** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Tsintolas Investments, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-0742224** |
| 4. | **Debtor's address** | **Principal place of business** **3520 Connecticut Avenue, NW Washington, DC 20008** Number, Street, City, State & ZIP Code  **District of Columb** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **4020 - 4040 Livingston Road, SE Washington, DC 20032** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Tsintolas Investments, Incorporated**  Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Tsintolas Investments, Incorporated**  Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Olympia Investments, Incorporated**   Relationship **Affiliate**

District **DC**   When **5/07/24**   Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | **Tsintolas Investments, Incorporated** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Tsintolas Investments, Incorporated**      Case number (*if known*)
    Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 6, 2024**
                  MM / DD / YYYY

X **/s/ Efstratios Tsintolas**           **Efstratios Tsintolas**
Signature of authorized representative of debtor      Printed name

Title    **President**

---

**18. Signature of attorney**

X **/s/ Stephen A. Metz, Esquire**      Date **May 6, 2024**
Signature of attorney for debtor               MM / DD / YYYY

**Stephen A. Metz, Esquire 463044**
Printed name

**Offit Kurman, P.A.**
Firm name

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
Number, Street, City, State & ZIP Code

Contact phone **240-507-1723**      Email address **smetz@offitkurman.com**

**463044 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Tsintolas Investments, Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■     **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration     **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**            X **/s/ Efstratios Tsintolas**
                                              Signature of individual signing on behalf of debtor

                                              **Efstratios Tsintolas**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor


Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tsintolas Investments, Incorporated** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Combustion Industries** 7100 Holladay Tyler Road #223 Glenn Dale, MD 20769 | | Invoice addressed to Tsintolas Realty Company but service provided to Debtor | Disputed | | | $1,956.00 |
| **Butch Enterprises Inc** 10332 Main Street, #256 Fairfax, VA 22030 | | | Disputed | | | $480.00 |
| **Citibank** P.O. Box 6500 Sioux Falls, SD 57117 | | Home Depot credit card | | | | $120.00 |
| **DC Water and Sewer Authority** 1385 Canal Street SE Washington, DC 20003 | | Invoice addressed to Tsintolas Realty Co. but service provided to Debtor | | | | $1,156.94 |
| **Felipe Sanchez** 12511 Feldon Street Silver Spring, MD 20906 | | | | | | $520.00 |
| **Harford Mutual Insurance Companies** 200 N Main St. Bel Air, MD 21014 | | | | | | $0.00 |
| **HBM Management Associates** 6 Elmwood Lane Syosset, NY 11791 | | | | | | $10,863.00 |

Debtor **Tsintolas Investments, Incorporated**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hercules & Company LTD**<br>3520 Connecticut Avenue NW<br>Washington, DC 20008 | | roof | | | | $18,499.00 |
| **Law Office of Jon Windle**<br>2500 E. Las Olas Boulevard #609<br>Fort Lauderdale, FL 33301 | | | Disputed | | | $1,000.00 |
| **Metropolitan Life Insurance Company**<br>200 Park Avenue<br>New York, NY 10166-0188 | | **Payout. Invoice addressed to Efstratios Tsintolas but services provided to Debtor** | | | | $47,233.73 |
| **Pepco**<br>Corporate Correspondence<br>PO Box 97274<br>Washington, DC 20090-7274 | | | | | | $299.78 |
| **Rent Control Consultants**<br>60 Market Street #211<br>Gaithersburg, MD 20878 | | **Invoice addressed to Tsintolas Realty Company but services provided to Debtor** | | | | $75.00 |
| **Shulman Rogers**<br>12505 Park Potomac Ave<br>Attn: Glenn Etelson, Esq.<br>Potomac, MD 20854 | | legal fees | | | | $102,950.00 |
| **Verizon**<br>P. O. Box 15124<br>Albany, NY 12212 | | **Invoice addressed to Efstratios Tsintolas but service provided to Debtor** | | | | $66.20 |
| **Washington Gas**<br>6801 Industrial Rd<br>Springfield, VA 22151 | | | | | | $1,000.00 |
| **Waste Management of Maryland, Inc.**<br>Attn: Marvin F Poer and Company<br>PO Box 52427<br>Atlanta, GA 30355 | | **Invoices addressed to Olympic Investments, Inc. but services provided to Debtor** | | | | $645.16 |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 2

# United States Bankruptcy Court
### District of District of Columbia

In re: **Tsintolas Investments, Incorporated**, Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cassandra Tsintolas Johnson Rev. Trust**<br>**Cassandra Johnson, Trustee**<br>**13321 Query Mill Road**<br>**Gaithersburg, MD 20878** | | 25% | |
| **Chris Tsintolas & Deborah Tsintolas**<br>**8415 Rapley Ridge Lane**<br>**Rockville, MD 20850** | | 25% | |
| **Efstratios Tsintolas & Suzanne Tsintolas**<br>**14724 Westbury Rd**<br>**Rockville, MD 20853** | | 25% | |
| **Fotini Tsintolas Economides Rev. Trust**<br>**Fotini Economides, Trustee**<br>**6265 Clearwood Rd**<br>**Bethesda, MD 20814** | | 25% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 6, 2024**

Signature **/s/ Efstratios Tsintolas**  
**Efstratios Tsintolas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Acardian Construction Company
3520 Connecticut Avenue NW
Washington, DC 20008


American Combustion Industries
7100 Holladay Tyler Road #223
Glenn Dale, MD 20769


Antoine Fowler
4040 Livingston Road, SE
Apt 101
Washington, DC 20032


Antoine Moore
4020 Livingston Road, SE
Apt 304
Washington, DC 20032


April Davis
4030 Livingston Road, SE
Apt 203
Washington, DC 20032


Barbara Arnold
4020 Livingston Road, SE
Apt 203
Washington, DC 20032


Butch Enterprises Inc
10332 Main Street, #256
Fairfax, VA 22030


Cassandra Johnson
13321 Query Mill Road
Gaithersburg, MD 20878


Cassandra Tsintolas Johnson Revocable Tr
13321 Query Mill Road
Gaithersburg, MD 20878

Chris Tsintolas
8415 Rapley Ridge Lane
Potomac, MD 20854


Chris Tsintolas & Deborah Tsintolas
8415 Rapley Ridge Lane
Rockville, MD 20850


Citibank
P.O. Box 6500
Sioux Falls, SD 57117


Crystal Randolph
4040 Livingston Road, SE
Apt 204
Washington, DC 20032


Curtis Howard
4030 Livingston Road, SE
Apt 302
Washington, DC 20032


D. E. Nicholas Inc
3520 Connecticut Avenue NW
Washington, DC 20008


D. E. Nicholas Inc.
3520 Connecticut Avenue NW
Washington, DC 20008


DC Water and Sewer Authority
1385 Canal Street SE
Washington, DC 20003


Diane Hall
4040 Livingston Road, SE
Apt 103
Washington, DC 20032

Dorothy Pearson
4020 Livingston Road, SE
Apt. 204
Washington, DC 20032


Efstratios D. Tsintolas
3520 Connecticut Avenue NW
Washington, DC 20008


El-Hajj Malik Magnum
4030 Livingston Road, SE
Apt 301
Washington, DC 20032


Ellen Collins
4030 Livingston Road, SE
Apt 201
Washington, DC 20032


Emerson Keels
4020 Livingston Road, SE
Apt 102
Washington, DC 20032


Eugene Shelton
4020 Livingston Road, SE
Apt 302
Washington, DC 20032


Felipe Sanchez
12511 Feldon Street
Silver Spring, MD 20906


Floyd Pigatt
4030 Livingston Road, SE
Apt 102
Washington, DC 20032

Fotini Economides
6265 Clearwood Road
Bethesda, MD 20817


Fotini Tsintolas Economides Revocable Tr
6265 Clearwood Road
Bethesda, MD 20817


Harford Mutual Insurance Companies
200 N Main St.
Bel Air, MD 21014


HBM Management Associates
6 Elmwood Lane
Syosset, NY 11791


Helen D. Tsintolas
3520 Connecticut Avenue NW
Washington, DC 20008


Hercules & Company LTD
3520 Connecticut Avenue NW
Washington, DC 20008


Jaqueline Hines
4030 Livingston Road, SE
Apt 304
Washington, DC 20032


Joanne Williams
4030 Livingston Road, SE
Apt 204
Washington, DC 20032


Kyeisha Newman and Daniel Norwood
4040 Livingston Road, SE
Apt 301
Washington, DC 20032

LaTwyla Mathias
4030 Livingston Road, SE
Apt 202
Washington, DC 20032


Law Office of Jon Windle
2500 E. Las Olas Boulevard #609
Fort Lauderdale, FL 33301


Lester Richardson
4040 Livingston Road, SE
Apt 201
Washington, DC 20032


Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10166-0188


Olympia Investments, Incorporated
3520 Connenticut Ave NW
Washington, DC 20008


Pepco
Corporate Correspondence
PO Box 97274
Washington, DC 20090-7274


Pier A. Torney
4040 Livingston Road, SE
Apt 102
Washington, DC 20032


Rasheed Putton
4040 Livingston Road, SE
Apt 203
Washington, DC 20032

Rent Control Consultants
60 Market Street #211
Gaithersburg, MD 20878


Rhonda Farmer
4030 Livingston Road, SE
Apt 303
Washington, DC 20032


Shulman Rogers
12505 Park Potomac Ave
Attn: Glenn Etelson, Esq.
Potomac, MD 20854


Steve Bolden
4040 Livingston Road, SE
Apt 302
Washington, DC 20032


Timothy Goldsmith
4020 Livingston Road, SE
Apt 301
Washington, DC 20032


Timothy Harkley
4040 Livingston Road, SE
Apt 202
Washington, DC 20032


Tsintolas Realty Company
3520 Connecticut Avenue NW
Washington, DC 20008


Verizon
P. O. Box 15124
Albany, NY 12212

```
Washington Gas
6801 Industrial Rd
Springfield, VA 22151


Waste Management of Maryland, Inc.
Attn: Marvin F Poer and Company
PO Box 52427
Atlanta, GA 30355


Wayne M. Holley, Jr.
4040 Livingston Road, SE
Apt 303
Washington, DC 20032


Yvette Kidd
4020 Livingston Road, SE
Apt 101
Washington, DC 20032
```

# United States Bankruptcy Court
### District of District of Columbia

In re **Tsintolas Investments, Incorporated**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tsintolas Investments, Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**May 6, 2024**
Date

**/s/ Stephen A. Metz, Esquire**
**Stephen A. Metz, Esquire 463044**
Signature of Attorney or Litigant
Counsel for **Tsintolas Investments, Incorporated**
**Offit Kurman, P.A.**
**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
**240-507-1723 Fax:240-507-1735**
**smetz@offitkurman.com**