**Tsintolas Investments, Incorporated**

Action by Unanimous Written Consent of Directors

April 27, 2024

THE UNDERSIGNED, being all of the directors (the "Directors") of Tstintolas Investments, Incorporated (the "Corporation"), after holding a special meeting and considering these matters in the premises, do hereby take the following actions and adopt the following resolutions, which actions and resolutions shall have the same force and effect as if taken by affirmative vote at a meeting of the Board of Directors.

**RESOLVED,** that in the judgment of the Board of Directors, it is desirable and in the best interest of the Corporation, its creditors, and other interested persons, that the Corporation file a voluntary petition under the provisions of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia; and it is

**RESOLVED FURTHER,** that the President of the Corporation, Efstratios Tsintolas ("President") be and he is hereby authorized and directed to execute and file all petitions, schedules, lists and other papers in, and to take any and all actions which he may deem necessary and proper in connection with such Chapter 11 case and in that connection, retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful completion of such case; and it is

**RESOLVED FURTHER,** that the Corporation be, and hereby is, authorized and directed to retain the law firm of Offit Kurman, P.A. as bankruptcy counsel to render legal services to and to represent the Corporation in connection with such chapter 11 proceedings and other related matters in connection therewith; and it is

**RESOLVED FURTHER,** that from and after the date hereof all action heretofore taken by any of the officers of the Corporation, in furtherance of the foregoing is hereby ratified, adopted, approved and confirmed.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, being all of the Directors of the Corporation, have executed this consent as of the date first written above.

_____
Efstratios Tsintolas

_____
Cassandra Tsintolas Johnson

_____
Suzanne Tsintolas

4859-2543-9929, v. 1