# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Tsintolas Investments, Incorporated,<br><br>　　　　Debtor. | Case No. 24-00159-ELG<br><br>Chapter 11 |

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Tuesday, August 6, 2024 at 2:00 p.m., **has been continued to Thursday, September 5, 2024 at 10:00 a.m.,** and will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated: August 2, 2024

　　　　　　　　　　　　　　　　　　　　Gerard R. Vetter,
　　　　　　　　　　　　　　　　　　　　Acting United States Trustee, Region Four

　　　　　　　　　　　　　　　　　　　　By: */s/ Kristen S. Eustis*
　　　　　　　　　　　　　　　　　　　　Kristen S. Eustis, Trial Attorney
　　　　　　　　　　　　　　　　　　　　Federal Bar No. MD28984
　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　1725 Duke St., Suite 650
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　(703) 557-7227- Direct Dial
　　　　　　　　　　　　　　　　　　　　Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on August 2, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, mmargulies@offitkurman.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

                              */s/ Robert W. Ours*
                              Robert W. Ours
                              Paralegal Specialist