Debtor name: Tsintolas Investments, Incorporated

United States Bankruptcy Court for the District of Columbia

Case number: 24-00159-ELG

# CLAIM WITHDRAWAL FORM

### Part 1: Identify the Claim

**1. Creditor Name and Address:**

Name: Eftratios D. Tsintolas

Address: 3520 Connecticut Avenue NW

City: Washington    State: DC    Zip: 20008

**2. Claim Number (if known):** 4-1

**3. Date Claim Filed:** September 16, 2024
(mm/dd/yyyy)

**4. Total Amount of Claim Filed:** $ 60,000.00

### Part 2: Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Executed on date October 30, 2024
(mm/dd/yyyy)

Signature: /s/ *J. Peter Glaws, IV*

**Print the name of the person who is completing and signing this form**

First name: John    Middle: Peter    Last: Glaws, IV

Title: attorney for creditor

E-mail: peter.glaws@carrmaloney.com ; 202-310-5533 (telephone); 202-310-5555 (fascimile)