**Fill in this information to identify the case:**

Debtor Name: Tsintolas Investments, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00159

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

| | | |
|---|---|---|
| Month: | October 2024 | Date report filed: 11/21/2024 (MM/DD/YYYY) |
| Line of business: | Real Estate | NAISC code: |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Efstratios D. Tsintolas

Original signature of responsible party: /s/ E.D.T., PRESIDENT

Printed name of responsible party: Efstratios D. Tsintolas

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name  Tsintolas Investments, Inc.          Case number 24-00159

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 20,188.05

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 19,950.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 21,389.39

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ −1,439.39

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 18,748.66

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00
    *(Exhibit E)*

Debtor Name Tsintolas Investments, Inc.    Case number 24-00159

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 75,855.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 3,697.35
31. How much have you paid in total other professional fees since filing the case?    $ 3,884.85

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* Projected | − | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 16,500.00 | − | $ 19,950.00 | = | $ -3,450.00 |
| 33. **Cash disbursements** | $ 15,540.00 | − | $ 21,389.36 | = | $ -5,849.36 |
| 34. **Net cash flow** | $ 960.00 | − | $ -1,439.39 | = | $ 2,399.39 |

35. Total projected cash receipts for the next month:    $ 16,500.00
36. Total projected cash disbursements for the next month:    − $ 18,530.00
37. Total projected net cash flow for the next month:    = $ -2,030.00

Debtor Name  Tsintolas Investments, Inc.                    Case number 24-00159

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# EXHIBIT C

**TSINTOLAS INVESTMENTS INC - OCTOBER 2024**

TOTAL CASH RECEIPTS

| Type | Amount |
|---|---|
| Collected Rents (Misc Inc, Special) | 19,950.00 |
| Miscelaneous Income | 0.00 |
| **Total Cash Receipts** | **19,950.00** |

SEE ATTACHED:
Tsintolas Checkbook Ledger - Deposits:

| | |
|---|---|
| Deposited into SS DIP #0201 ( October 1-31) | 19,950.00 |
| **Total Cash Receipts** | **19,950.00** |
| Transfers: | 0.00 |
| **Reconciled Amount** | **19,950.00** |

TSINTOLAS REALTY COMPANY

# Checkbook Ledger

**Group/Acct:** TSIN INV

| Account # | | | From | OCT 1 24 | Page # | 1 |
| Balance | | | To | OCT 31 24 | Printed | NOV 8 24 |

| Type | CHK # | Ref # | Date | Payee | db/Deposits | cr/Chks |
|---|---|---|---|---|---|---|
| DEPOSIT | | 53098 | OCT 1 24 | | 1,190.00 | |
| DEPOSIT | | 53112 | OCT 4 24 | | 2,755.00 | |
| BANK DEBIT | | 53295 | OCT 6 24 | Bank Maintenance Fee | | 5.00 |
| DEPOSIT | | 53116 | OCT 7 24 | | 1,055.00 | |
| DEPOSIT | | 53119 | OCT 7 24 | | 1,835.00 | |
| DEPOSIT | | 53170 | OCT 8 24 | | 1,225.00 | |
| DEPOSIT | | 53166 | OCT 8 24 | | 1,100.00 | |
| DEPOSIT | | 53165 | OCT 8 24 | | 685.00 | |
| DEPOSIT | | 53180 | OCT 9 24 | | 1,965.00 | |
| DEPOSIT | | 53187 | OCT 9 24 | | 970.00 | |
| DEPOSIT | | 53191 | OCT 10 24 | | 1,200.00 | |
| DEPOSIT | | 53197 | OCT 15 24 | | 810.00 | |
| DEPOSIT | | 53201 | OCT 15 24 | | 1,785.00 | |
| DEPOSIT | | 53225 | OCT 21 24 | | 1,860.00 | |
| DEPOSIT | | 53270 | OCT 24 24 | | 815.00 | |
| DEPOSIT | | 53277 | OCT 30 24 | | 700.00 | |

\* Check is cleared

## Totals

| | | |
|---|---:|---:|
| Checks | | 21,389.39 |
| Deposits | 19,950.00 | |
| Bank Debit | | 5.00 |
| **Change in Cash** | | **-1,444.39** |

# EXHIBIT D

**TSINTOLAS INVESTMENTS INC - OCTOBER 2024**

TOTAL CASH DISBURSEMENTS

| Type | Amount |
|---|---:|
| Payments Made | 21,389.39 |
| Other Bank Debits | 5.00 |
| Electronic Payments | 0.00 |
| **Total Cash Disbursements** | **21,394.39** |

SEE ATTACHED:
Tsintolas Checkbook Ledger - Checks

| | |
|---|---:|
| **Total Checks & Disbursements** | **21,394.39** |
| **Checkbook Ledger sorted by COA (Purpose)** | 21,389.39 |
| **Other Bank Debits** | 0.00 |
| **Total** | **21,389.39** |
| **Checcbook Ledger sorted by Vendor (Payee)** | 21,389.39 |
| **Other Bank Debits** | 0.00 |
| Total | 21,389.39 |

TSINTOLAS REALTY COMPANY

# Checkbook Ledger

Group/Acct: TSIN INV

| Account # | | | From | OCT 1 24 | Page # | 1 |
| Balance | | | To | OCT 31 24 | Printed | NOV 11 24 |

| Type | Chk # | Ref # | Date | Payee | db/Deposits | cr/Chks |
|---|---|---|---|---|---|---|
| CHECK | * 10859 | 53093 | OCT 1 24 | WILLIAMS SEWER & DRAIN SE | | 265.00 |
| CHECK | * 10860 | 53094 | OCT 1 24 | E. D. TSINTOLAS | | 6,000.00 |
| CHECK | * 10861 | 53095 | OCT 1 24 | METROPOLITAN LIFE INSURAN | | 294.00 |
| CHECK | * 10862 | 53139 | OCT 2 24 | COLE, GOODSON & ASSOCIATE | | 754.00 |
| CHECK | * 10863 | 53140 | OCT 3 24 | COLE, GOODSON & ASSOCIATE | | 431.25 |
| CHECK | * 10864 | 53141 | OCT 3 24 | COLE, GOODSON & ASSOCIATE | | 1,091.00 |
| CHECK | * 10865 | 53143 | OCT 3 24 | COLE, GOODSON & ASSOCIATE | | 306.69 |
| CHECK | * 10866 | 53144 | OCT 3 24 | COLE, GOODSON & ASSOCIATE | | 504.17 |
| CHECK | * 10867 | 53145 | OCT 3 24 | COLE, GOODSON & ASSOCIATE | | 280.32 |
| CHECK | * 10868 | 53146 | OCT 3 24 | DISTRICT ELECTRICAL SERVI | | 875.00 |
| CHECK | * 10869 | 53147 | OCT 4 24 | HOME DEPOT | | 417.31 |
| CHECK | * 10870 | 53148 | OCT 4 24 | PEPCO | | 183.75 |
| CHECK | * 10871 | 53149 | OCT 7 24 | PEPCO | | 19.66 |
| CHECK | * 10872 | 53150 | OCT 7 24 | PEPCO | | 19.65 |
| CHECK | * 10873 | 53151 | OCT 7 24 | PEPCO | | 23.08 |
| CHECK | * 10874 | 53175 | OCT 7 24 | WASTE MANAGEMENT OF MARYL | | 645.16 |
| CHECK | * 10875 | 53176 | OCT 8 24 | COLE, GOODSON & ASSOCIATE | | 329.92 |
| CHECK | * 10876 | 53177 | OCT 8 24 | DC WATER AND SEWER AUTHOR | | 972.37 |
| CHECK | * 10877 | 53184 | OCT 8 24 | PEPCO | | 50.56 |
| CHECK | * 10878 | 53185 | OCT 9 24 | E. D. TSINTOLAS | | 750.00 |
| CHECK | * 10879 | 53216 | OCT 15 24 | U.S. TRUSTEE | | 250.00 |
| CHECK | * 10880 | 53217 | OCT 16 24 | HARFORD MUTUAL INSURANCE | | 3,709.25 |
| CHECK | * 10881 | 53228 | OCT 17 24 | VERIZON | | 67.25 |
| CHECK | * 10882 | 53296 | OCT 29 24 | ACARDIAN CONSTRUCTION COM | | 3,150.00 |

* Check is cleared

## Totals

| | | |
|---|---:|---:|
| Checks | | 21,389.39 |
| Deposits | 19,950.00 | |
| Bank Debit | | 5.00 |
| **Change in Cash** | | -1,444.39 |

**Checkbook Ledger Items by COA**

| | | | | Group: TSIN INV | Vendor: ALL | | Printed: | NOV 8 24 |
| | | | | Prop: ALL | Prop Mgr: ALL | | Page #: | 2 |
| | | | | Unit: ALL | COA: ALL | | From: | OCT 1 24 |
| | | | | | Ledger | | To: | OCT 31 24 |
| Type | Ref # | Date | Payee | Prop | Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|---|
| CHECK | 10867 | OCT 3 24 | COLE, GOODSON & | 4020 | LEGAL | | 280.32 | |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | 4040 | LEGAL | | 18.75 | |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | 4030 | LEGAL | | 247.92 | |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | 4020 | LEGAL | | 63.25 | |
| | | | Subtotal for | | LEGAL | | 3,697.35 | |
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | 4020 | MGT FEE | | 2,500.00 | |
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | 4030 | MGT FEE | | 2,500.00 | |
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | 4040 | MGT FEE | | 1,000.00 | |
| | | | Subtotal for | | MGT FEE | | 6,000.00 | |
| CHECK | 10861 | OCT 1 24 | METROPOLITAN LI | 4040 | MISC INS | | 294.00 | |
| | | | Subtotal for | | MISC INS | | 294.00 | |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | MISC MAIN | | 210.00 | |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4030 | MISC MAIN | | 280.00 | |
| | | | Subtotal for | | MISC MAIN | | 490.00 | |
| CHECK | 10881 | OCT 17 24 | VERIZON | 4040 | PHONE | | 67.25 | |
| | | | Subtotal for | | PHONE | | 67.25 | |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4040 | PUNCH | | 350.00 | |
| | | | Subtotal for | | PUNCH | | 350.00 | |
| DEPOSIT | 53098 | OCT 1 24 | | 4030 | RENT | | 1,190.00 | |
| DEPOSIT | 53112 | OCT 4 24 | | 4020 | RENT | | 770.00 | |
| DEPOSIT | 53112 | OCT 4 24 | | 4040 | RENT | | 1,985.00 | |
| DEPOSIT | 53116 | OCT 7 24 | | 4040 | RENT | | 1,055.00 | |
| DEPOSIT | 53119 | OCT 7 24 | | 4040 | RENT | | 1,835.00 | |
| DEPOSIT | 53165 | OCT 8 24 | | 4020 | RENT | | 685.00 | |
| DEPOSIT | 53166 | OCT 8 24 | | 4030 | RENT | | 1,060.00 | |
| DEPOSIT | 53170 | OCT 8 24 | | 4020 | RENT | | 1,225.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | 4020 | RENT | | 1,065.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | 4040 | RENT | | 860.00 | |
| DEPOSIT | 53187 | OCT 9 24 | | 4020 | RENT | | 930.00 | |
| DEPOSIT | 53191 | OCT 10 24 | | 4030 | RENT | | 1,200.00 | |
| DEPOSIT | 53197 | OCT 15 24 | | 4020 | RENT | | 810.00 | |
| DEPOSIT | 53201 | OCT 15 24 | | 4030 | RENT | | 1,705.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | 4030 | RENT | | 860.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | 4020 | RENT | | 960.00 | |
| DEPOSIT | 53270 | OCT 24 24 | | 4030 | RENT | | 775.00 | |
| DEPOSIT | 53277 | OCT 30 24 | | 4030 | RENT | | 660.00 | |
| | | | Subtotal for | | RENT | | | |
| | | | | | | | 19,630.00 | |
| DEPOSIT | 53166 | OCT 8 24 | | 4030 | SPECIAL | | 40.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | 4040 | SPECIAL | | 40.00 | |
| DEPOSIT | 53187 | OCT 9 24 | | 4020 | SPECIAL | | 40.00 | |
| DEPOSIT | 53201 | OCT 15 24 | | 4030 | SPECIAL | | 80.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | 4020 | SPECIAL | | 40.00 | |
| DEPOSIT | 53270 | OCT 24 24 | | 4030 | SPECIAL | | 40.00 | |
| DEPOSIT | 53277 | OCT 30 24 | | 4030 | SPECIAL | | 40.00 | |
| | | | Subtotal for | | SPECIAL | | | |
| | | | | | | | 320.00 | |
| CHECK | 10874 | OCT 7 24 | WASTE MANAGEMEN | 4040 | TRASH | | 645.16 | |
| | | | Subtotal for | | TRASH | | 645.16 | |
| CHECK | 10879 | OCT 15 24 | U.S. TRUSTEE | 4030 | US TRUSTEE | | 250.00 | |
| | | | Subtotal for | | US TRUSTEE | | 250.00 | |
| CHECK | 10876 | OCT 8 24 | DC WATER AND SE | 4040 | WATER | | 600.00 | |
| CHECK | 10876 | OCT 8 24 | DC WATER AND SE | 4030 | WATER | | 372.37 | |
| | | | Subtotal for | | WATER | | 972.37 | |

|  |  |  |  |  | Group: | TSIN INV | Vendor: | ALL |  | Printed: | NOV 8 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Prop: | ALL | Prop Mgr: | ALL |  | Page #: | 3 |
|  |  |  |  |  | Unit: | ALL | COA: | ALL |  | From: | OCT 1 24 |
|  |  |  |  |  |  |  |  |  |  | To: | OCT 31 24 |
| Type | Ref # | Date | Payee |  |  | Prop | Ledger Account | Inv # |  | db | cr |

|  |  |
|---|---|
| Checks | 21,389.39 |
| Deposits | 19,950.00 |
| Journal Entries | 0.00 |
| Bank Debit | 5.00 |
| Bank Credit | 0.00 |
| **Change in Cash** | **-1,444.39** |

TSINTOLAS REALTY COMPANY

Printed: NOV 8 24
Page #: 1

Search  Group: TSIN INV   Vendor: ALL
Prop: ALL   Prop Mgr: ALL
Unit: ALL   COA: ALL

From: OCT 1 24
To: OCT 31 24

| Type | Ref # | Date | Payee | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|
| DEPOSIT | 53098 | OCT 1 24 | | RENT | | 1,190.00 | |
| DEPOSIT | 53112 | OCT 4 24 | | RENT | | 1,985.00 | |
| DEPOSIT | 53112 | OCT 4 24 | | RENT | | 770.00 | |
| DEPOSIT | 53116 | OCT 7 24 | | RENT | | 1,055.00 | |
| DEPOSIT | 53119 | OCT 7 24 | | RENT | | 1,835.00 | |
| DEPOSIT | 53165 | OCT 8 24 | | RENT | | 685.00 | |
| DEPOSIT | 53166 | OCT 8 24 | | RENT | | 1,060.00 | |
| DEPOSIT | 53166 | OCT 8 24 | | SPECIAL | | 40.00 | |
| DEPOSIT | 53170 | OCT 8 24 | | RENT | | 1,225.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | RENT | | 1,065.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | RENT | | 860.00 | |
| DEPOSIT | 53180 | OCT 9 24 | | SPECIAL | | 40.00 | |
| DEPOSIT | 53187 | OCT 9 24 | | SPECIAL | | 40.00 | |
| DEPOSIT | 53187 | OCT 9 24 | | RENT | | 930.00 | |
| DEPOSIT | 53191 | OCT 10 24 | | RENT | | 1,200.00 | |
| DEPOSIT | 53197 | OCT 15 24 | | RENT | | 810.00 | |
| DEPOSIT | 53201 | OCT 15 24 | | RENT | | 1,705.00 | |
| DEPOSIT | 53201 | OCT 15 24 | | SPECIAL | | 80.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | RENT | | 860.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | SPECIAL | | 40.00 | |
| DEPOSIT | 53225 | OCT 21 24 | | RENT | | 960.00 | |
| DEPOSIT | 53270 | OCT 24 24 | | RENT | | 775.00 | |
| DEPOSIT | 53270 | OCT 24 24 | | SPECIAL | | 40.00 | |
| DEPOSIT | 53277 | OCT 30 24 | | RENT | | 660.00 | |
| DEPOSIT | 53277 | OCT 30 24 | | SPECIAL | | 40.00 | |
| BANK DEBIT | 53295 | OCT 6 24 | | BNK CHG | | | 5.00 |
| | | **Subtotal for** | | | | 19,950.00 | 5.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | ELECT | | | 560.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | GARD | | | 105.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | DRAIN | | | 350.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | PUNCH | | | 350.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | ELECT | | | 105.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | MISC MAIN | | | 280.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | DRAIN | | | 350.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | ELECT | | | 105.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | MISC MAIN | | | 210.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | HDWE | | | 175.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | EMERGENCY | | | 455.00 |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | APPLIANCE | | | 105.00 |
| | | **Subtotal for** | **ACARDIAN CONSTR** | | | | 3,150.00 |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 47.68 |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 21.62 |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 494.56 |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 190.14 |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 393.75 |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 18.75 |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 18.75 |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 370.75 |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 143.75 |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 532.00 |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | LEGAL | | | 44.50 |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 102.23 |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 102.23 |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 102.23 |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 464.59 |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 18.75 |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 20.83 |
| CHECK | 10867 | OCT 3 24 | COLE, GOODSON & | LEGAL | | | 280.32 |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | LEGAL | | | 63.25 |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | LEGAL | | | 247.92 |
| CHECK | 10875 | OCT 8 24 | COLE, GOODSON & | LEGAL | | | 18.75 |
| | | **Subtotal for** | **COLE, GOODSON &** | | | | 3,697.35 |
| CHECK | 10876 | OCT 8 24 | DC WATER AND SE | WATER | | | 372.37 |
| CHECK | 10876 | OCT 8 24 | DC WATER AND SE | WATER | | | 600.00 |
| | | **Subtotal for** | **DC WATER AND SE** | | | | 972.37 |
| CHECK | 10868 | OCT 3 24 | DISTRICT ELECTR | ELECT | | | 875.00 |
| | | **Subtotal for** | **DISTRICT ELECTR** | | | | 875.00 |
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | MGT FEE | | | 1,000.00 |
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | MGT FEE | | | 2,500.00 |

TSINTOLAS REALTY COMPANY

# Checkbook Ledger Items by COA

|  |  |  | Group: TSIN INV | Vendor: ALL |  | Printed: | NOV 8 24 |
|  |  |  | Prop: ALL | Prop Mgr: ALL |  | Page #: | 1 |
|  |  |  | Unit: ALL | COA: ALL |  | From: | OCT 1 24 |
|  |  |  |  |  | Ledger |  | To: | OCT 31 24 |

| Type | Ref # | Date | Payee | Prop | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|---|
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | APPLIANCE |  | 105.00 |  |
|  |  |  | Subtotal for |  | APPLIANCE |  | 105.00 |  |
| BANK DEBIT | 53295 | OCT 6 24 |  | 4020 | BNK CHG |  | 5.00 |  |
|  |  |  | Subtotal for |  | BNK CHG |  | 5.00 |  |
| CHECK | 10869 | OCT 4 24 | HOME DEPOT | 4030 | CARP MAT |  | 175.74 |  |
| CHECK | 10869 | OCT 4 24 | HOME DEPOT | 4020 | CARP MAT |  | 241.57 |  |
|  |  |  | Subtotal for |  | CARP MAT |  | 417.31 |  |
| CHECK | 10859 | OCT 1 24 | WILLIAMS SEWER | 4040 | DRAIN |  | 265.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | DRAIN |  | 350.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4040 | DRAIN |  | 350.00 |  |
|  |  |  | Subtotal for |  | DRAIN |  | 965.00 |  |
| CHECK | 10868 | OCT 3 24 | DISTRICT ELECTR | 4020 | ELECT |  | 875.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4030 | ELECT |  | 105.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4040 | ELECT |  | 105.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | ELECT |  | 560.00 |  |
|  |  |  | Subtotal for |  | ELECT |  | 1,645.00 |  |
| CHECK | 10870 | OCT 4 24 | PEPCO | 4040 | ELECTRIC |  | 183.75 |  |
| CHECK | 10871 | OCT 7 24 | PEPCO | 4020 | ELECTRIC |  | 19.66 |  |
| CHECK | 10872 | OCT 7 24 | PEPCO | 4020 | ELECTRIC |  | 19.65 |  |
| CHECK | 10873 | OCT 7 24 | PEPCO | 4040 | ELECTRIC |  | 23.08 |  |
| CHECK | 10877 | OCT 8 24 | PEPCO | 4020 | ELECTRIC |  | 50.56 |  |
|  |  |  | Subtotal for |  | ELECTRIC |  | 296.70 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | EMERGENCY |  | 455.00 |  |
|  |  |  | Subtotal for |  | EMERGENCY |  | 455.00 |  |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | 4040 | FIRE |  | 1,000.00 |  |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | 4030 | FIRE |  | 1,709.25 |  |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | 4020 | FIRE |  | 1,000.00 |  |
|  |  |  | Subtotal for |  | FIRE |  | 3,709.25 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | GARD |  | 105.00 |  |
|  |  |  | Subtotal for |  | GARD |  | 105.00 |  |
| CHECK | 10882 | OCT 29 24 | ACARDIAN CONSTR | 4020 | HDWE |  | 175.00 |  |
|  |  |  | Subtotal for |  | HDWE |  | 175.00 |  |
| CHECK | 10878 | OCT 9 24 | E. D. TSINTOLAS | 4040 | LEASE COMM |  | 750.00 |  |
|  |  |  | Subtotal for |  | LEASE COMM |  | 750.00 |  |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | 4020 | LEGAL |  | 47.68 |  |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | 4030 | LEGAL |  | 21.62 |  |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | 4040 | LEGAL |  | 494.56 |  |
| CHECK | 10862 | OCT 2 24 | COLE, GOODSON & | 4040 | LEGAL |  | 190.14 |  |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | 4030 | LEGAL |  | 18.75 |  |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | 4040 | LEGAL |  | 18.75 |  |
| CHECK | 10863 | OCT 3 24 | COLE, GOODSON & | 4040 | LEGAL |  | 393.75 |  |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | 4040 | LEGAL |  | 532.00 |  |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | 4040 | LEGAL |  | 143.75 |  |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | 4030 | LEGAL |  | 370.75 |  |
| CHECK | 10864 | OCT 2 24 | COLE, GOODSON & | 4030 | LEGAL |  | 44.50 |  |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | 4040 | LEGAL |  | 102.23 |  |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | 4030 | LEGAL |  | 102.23 |  |
| CHECK | 10865 | OCT 3 24 | COLE, GOODSON & | 4030 | LEGAL |  | 102.23 |  |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | 4040 | LEGAL |  | 464.59 |  |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | 4030 | LEGAL |  | 18.75 |  |
| CHECK | 10866 | OCT 3 24 | COLE, GOODSON & | 4020 | LEGAL |  | 20.83 |  |

TSINTOLAS REALTY COMPANY

Checkbook Items by Vendor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Search | Group: | TSIN INV | Vendor: | ALL | Printed: | NOV 8 24 |
| | | | Prop: | ALL | Prop Mgr: | ALL | Page #: | 2 |
| | | | Unit: | ALL | COA: | ALL | From: | OCT 1 24 |
| | | | | | | | To: | OCT 31 24 |

| Type | Ref # | Date | Payee | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|
| CHECK | 10860 | OCT 1 24 | E. D. TSINTOLAS | MGT FEE | | | 2,500.00 |
| CHECK | 10878 | OCT 9 24 | E. D. TSINTOLAS | LEASE COMM | | | 750.00 |
| | Subtotal for | | E. D. TSINTOLAS | | | | 6,750.00 |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | FIRE | | | 1,000.00 |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | FIRE | | | 1,000.00 |
| CHECK | 10880 | OCT 16 24 | HARFORD MUTUAL | FIRE | | | 1,709.25 |
| | Subtotal for | | HARFORD MUTUAL | | | | 3,709.25 |
| CHECK | 10869 | OCT 4 24 | HOME DEPOT | CARP MAT | | | 241.57 |
| CHECK | 10869 | OCT 4 24 | HOME DEPOT | CARP MAT | | | 175.74 |
| | Subtotal for | | HOME DEPOT | | | | 417.31 |
| CHECK | 10861 | OCT 1 24 | METROPOLITAN LI | MISC INS | | | 294.00 |
| | Subtotal for | | METROPOLITAN LI | | | | 294.00 |
| CHECK | 10870 | OCT 4 24 | PEPCO | ELECTRIC | | | 183.75 |
| CHECK | 10871 | OCT 7 24 | PEPCO | ELECTRIC | | | 19.66 |
| CHECK | 10872 | OCT 7 24 | PEPCO | ELECTRIC | | | 19.65 |
| CHECK | 10873 | OCT 7 24 | PEPCO | ELECTRIC | | | 23.08 |
| CHECK | 10877 | OCT 8 24 | PEPCO | ELECTRIC | | | 50.56 |
| | Subtotal for | | PEPCO | | | | 296.70 |
| CHECK | 10879 | OCT 15 24 | U.S. TRUSTEE | US TRUSTEE | | | 250.00 |
| | Subtotal for | | U.S. TRUSTEE | | | | 250.00 |
| CHECK | 10881 | OCT 17 24 | VERIZON | PHONE | | | 67.25 |
| | Subtotal for | | VERIZON | | | | 67.25 |
| CHECK | 10874 | OCT 7 24 | WASTE MANAGEMEN | TRASH | | | 645.16 |
| | Subtotal for | | WASTE MANAGEMEN | | | | 645.16 |
| CHECK | 10859 | OCT 1 24 | WILLIAMS SEWER | DRAIN | | | 265.00 |
| | Subtotal for | | WILLIAMS SEWER | | | | 265.00 |

| | | |
|---|---|---|
| Checks | | 21,389.39 |
| Deposits | | 19,950.00 |
| Journal Entries | | 0.00 |
| Bank Debit | | 5.00 |
| Bank Credit | | 0.00 |
| Change in Cash | | -1,444.39 |

# EXHIBIT F

**TSINTOLAS INVESTMENTS INC - OCTOBER 2024**

MONEIES OWED

| Tenant | Amount | Due Date |
|---|---:|---|
| Yvette Kidd | 20.00 | Now |
| Barbara Arnold | 1,080.00 | Now |
| Floyd Pigatt | 2,120.00 | Now |
| Latwyla Mathias | 1,015.00 | Now |
| April Davis | 250.00 | Now |
| El-Haj Mali | 2,110.00 | Now |
| Curtis Howard | 14,726.00 | Now |
| Jaqueline Hines | 11,070.00 | Now |
| Antoine Fowler | 22,680.00 | Now |
| Raashid Putten | 1,730.00 | Now |
| Kyesha Newman | 18,574.00 | Now |
| Wayne Holley | 480.00 | Now |
| **Total Due** | **75,855.00** | |

**Sandy Spring Bank**

From here. For here.

Last statement: September 30, 2024
This statement: October 31, 2024
Total days in statement period: 31

Page 1 of 2
XX-XXXX02-01
(26)

****************AUTO**MIXED AADC 212
2708 0.9180 MB 0.622     12 494

TSINTOLAS INVESTMENTS INC
DEBTOR IN POSSESSION CASE 24-00159
3520 CONNECTICUT AVE NW
WASHINGTON DC  20008-2463

Direct inquiries to:
800-399-5919

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | XX-XXXX02-01 | Beginning balance | | $20,524.22 |
| Enclosures | 26 | Total additions | | 19,950.00 |
| Low balance | $15,714.22 | Total subtractions | | 22,267.89 |
| Average balance | $22,457.61 | Ending balance | | $18,206.33 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10857 | 10-03 | 400.00 | 10870 | 10-15 | 183.75 |
| 10858 | 10-03 | 473.50 | 10871 | 10-15 | 19.66 |
| 10859 | 10-04 | 265.00 | 10872 | 10-17 | 19.65 |
| 10860 | 10-01 | 6,000.00 | 10873 | 10-15 | 23.08 |
| 10861 | 10-07 | 294.00 | 10874 | 10-18 | 645.16 |
| 10862 | 10-23 | 754.00 | 10875 | 10-24 | 329.92 |
| 10863 | 10-24 | 431.25 | 10876 | 10-24 | 972.37 |
| 10864 | 10-23 | 1,091.00 | 10877 | 10-17 | 50.56 |
| 10865 | 10-24 | 306.69 | 10878 | 10-09 | 750.00 |
| 10866 | 10-23 | 504.17 | 10879 | 10-24 | 250.00 |
| 10867 | 10-24 | 280.32 | 10880 | 10-22 | 3,709.25 |
| 10868 | 10-08 | 875.00 | 10881 | 10-23 | 67.25 |
| 10869 | 10-09 | 417.31 | 10882 | 10-30 | 3,150.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 10-08 | Total Service Charge | 5.00 |
| | FEE BASED ACTIVITY FOR 09/24 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 10-01 | Deposit | 1,190.00 |
| 10-03 | Deposit | 2,755.00 |
| 10-07 | Deposit | 1,835.00 |
| 10-08 | Deposit | 685.00 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com

**Sandy Spring Bank**

From here. For here.

TSINTOLAS INVESTMENTS INC  
October 31, 2024

Page 2 of 2  
XX-XXXX02-01

| Date  | Description | Additions |
|-------|-------------|-----------|
| 10-08 | ' Deposit   | 1,055.00  |
| 10-08 | ' Deposit   | 1,100.00  |
| 10-08 | ' Deposit   | 1,225.00  |
| 10-09 | ' Deposit   | 970.00    |
| 10-09 | ' Deposit   | 1,965.00  |
| 10-10 | ' Deposit   | 1,200.00  |
| 10-11 | ' Deposit   | 1,785.00  |
| 10-15 | ' Deposit   | 810.00    |
| 10-21 | ' Deposit   | 1,860.00  |
| 10-25 | ' Deposit   | 815.00    |
| 10-29 | ' Deposit   | 700.00    |

## DAILY BALANCES

| Date  | Amount    | Date  | Amount    | Date  | Amount    |
|-------|-----------|-------|-----------|-------|-----------|
| 09-30 | 20,524.22 | 10-10 | 25,024.41 | 10-23 | 22,411.88 |
| 10-01 | 15,714.22 | 10-11 | 26,809.41 | 10-24 | 19,841.33 |
| 10-03 | 17,595.72 | 10-15 | 27,392.92 | 10-25 | 20,656.33 |
| 10-04 | 17,330.72 | 10-17 | 27,322.71 | 10-29 | 21,356.33 |
| 10-07 | 18,871.72 | 10-18 | 26,677.55 | 10-30 | 18,206.33 |
| 10-08 | 22,056.72 | 10-21 | 28,537.55 |       |           |
| 10-09 | 23,824.41 | 10-22 | 24,828.30 |       |           |

**Thank you for banking with Sandy Spring Bank**




Check # 10857 - $400.00 - 10/03/2024    Check # 10858 - $473.50 - 10/03/2024




Check # 10859 - $265.00 - 10/04/2024    Check # 10860 - $6,000.00 - 10/01/2024




Check # 10861 - $294.00 - 10/07/2024    Check # 10862 - $754.00 - 10/23/2024




Check # 10863 - $431.25 - 10/24/2024    Check # 10864 - $1,091.00 - 10/23/2024




Check # 10865 - $306.69 - 10/24/2024    Check # 10866 - $504.17 - 10/23/2024




Check # 10867 - $280.32 - 10/24/2024    Check # 10868 - $875.00 - 10/08/2024





Check # 10869 - $417.31 - 10/09/2024

Check # 10870 - $183.75 - 10/15/2024





Check # 10871 - $19.66 - 10/15/2024

Check # 10872 - $19.65 - 10/17/2024





Check # 10873 - $23.08 - 10/15/2024

Check # 10874 - $645.16 - 10/18/2024





Check # 10875 - $329.92 - 10/24/2024

Check # 10876 - $972.37 - 10/24/2024





Check # 10877 - $50.56 - 10/17/2024

Check # 10878 - $750.00 - 10/09/2024

Check # 10879 - $250.00 - 10/24/2024

Check # 10880 - $3,709.25 - 10/22/2024

Check # 10881 - $67.25 - 10/23/2024

Check # 10882 - $3,150.00 - 10/30/2024