**Fill in this information to identify the case:**

Debtor Name: Tsintolas Investments, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 24-00159

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: April 2025

Date report filed: 05/16/2025
MM / DD / YYYY

Line of business: Real Estate

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Efstratios D. Tsintolas

Original signature of responsible party: /s/ Efstratios D. Tsintolas, PRESIDENT

Printed name of responsible party: Efstratios D. Tsintolas

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Tsintolas Investments, Inc.                                    Case number 24-00159

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 14,225.31

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 18,615.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 21,147.94

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -2,532.94

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 11,692.37

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page **2**

Debtor Name __Tsintolas Investments, Inc.__                              Case number __24-00159__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ __41,794.00__

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                       __0__
27. What is the number of employees as of the date of this monthly report?                                          __0__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                         $ __0.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?           $ __0.00__
30. How much have you paid this month in other professional fees?                                                   $ __746.59__
31. How much have you paid in total other professional fees since filing the case?                                  $ __7,677.25__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* <br> **Projected** <br> Copy lines 35-37 from the previous month's report. | | *Column B* <br> **Actual** <br> Copy lines 20-22 of this report. | | *Column C* <br> **Difference** <br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 16,500.00 | — | $ 18,615.00 | = | $ -2,115.00 |
| 33. **Cash disbursements** | $ 16,840.00 | — | $ 21,147.94 | = | $ -4,307.94 |
| 34. **Net cash flow** | $ -340.00 | — | $ -2,532.94 | = | $ 2,192.94 |

35. Total projected cash receipts for the next month:                                                               $ __16,500.00__
36. Total projected cash disbursements for the next month:                                                        − $ __16,840.00__
37. Total projected net cash flow for the next month:                                                             = $ __-340.00__

Debtor Name Tsintolas Investments, Inc.     Case number 24-00159

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT C

**TSINTOLAS INVESTMENTS INC - APRIL 2025**

TOTAL CASH RECEIPTS

| Type | Amount |
|---|---:|
| Collected Rents (Misc Inc, Special) | 18,615.00 |
| Miscelaneous Income | 0.00 |
| **Total Cash Receipts** | **18,615.00** |

SEE ATTACHED:
Tsintolas Checkbook Ledger - Deposits:

| | |
|---|---:|
| Deposited into SS DIP  #0201 (April 1-30) | 18,615.00 |
| **Total Cash Receipts** | **18,615.00** |
| Transfers: | 0.00 |
| **Reconciled Amount** | **18,615.00** |

| Account # | | | | From | APR 1 25 | Page # | 1 |
| Balance | | | | To | APR 30 25 | Printed | MAY 9 25 |

| Type | Chk # | Ref # | Date | Payee | db/Deposits | cr/Chks |
|---|---|---|---|---|---|---|
| DEPOSIT | | 54376 | APR 2 25 | | 1,190.00 | |
| DEPOSIT | | 54383 | APR 3 25 | | 1,000.00 | |
| DEPOSIT | | 54408 | APR 4 25 | | 1,015.00 | |
| DEPOSIT | | 54409 | APR 4 25 | | 820.00 | |
| DEPOSIT | | 54442 | APR 7 25 | | 4,765.00 | |
| DEPOSIT | | 54415 | APR 7 25 | | 1,740.00 | |
| BANK DEBIT | | 54466 | APR 8 25 | Bank Charge | | 5.00 |
| DEPOSIT | | 54461 | APR 10 25 | | 3,245.00 | |
| BANK DEBIT | | 54601 | APR 14 25 | WGLPayment | | 1,299.75 |
| DEPOSIT | | 54488 | APR 15 25 | | 500.00 | |
| DEPOSIT | | 54552 | APR 22 25 | | 2,300.00 | |
| DEPOSIT | | 54581 | APR 29 25 | | 2,040.00 | |

* Check is cleared

**Totals**

| | | |
|---|---|---|
| Checks | | 19,843.19 |
| Deposits | 18,615.00 | |
| Bank Debit | | 1,304.75 |
| **Change in Cash** | | -2,532.94 |

# EXHIBIT D

**TSINTOLAS INVESTMENTS INC - APRIL 2024**

TOTAL CASH DISBURSEMENTS

| Type | Amount |
|---|---:|
| Payments Made | 19,843.19 |
| Other Bank Debits | 5.00 |
| Check Printing | 0.00 |
| Electronic Payments (Wash Gas) | 1,299.75 |
| **Total Cash Disbursements** | **21,147.94** |

SEE ATTACHED:
Tsintolas Checkbook Ledger - Checks

| | |
|---|---:|
| **Total Checks & Disbursements** | **21,147.94** |
| **Checkbook Ledger sorted by COA (Purpose)** | 19,843.19 |
| **Other Bank Debits** | 1,304.75 |
| **Total** | **21,147.94** |
| **Checcbook Ledger sorted by Vendor (Payee)** | 19,843.19 |
| **Other Bank Debits** | 1,304.75 |
| Total | **21,147.94** |
| **Uncleared April 2025 Checks** | 0.00 |

TSINTOLAS REALTY COMPANY

# Checkbook Ledger

Group/Acct:     TSIN INV

| Account # | | | From | APR 1 25 | | Page # | 1 |
| Balance | | | To | APR 30 25 | | Printed | MAY 9 25 |

| Type | Chk # | Ref # | Date | Payee | db/Deposits | cr/Chks |
|---|---|---|---|---|---|---|
| CHECK | * 10980 | 54380 | APR 1 25 | METROPOLITAN LIFE INSURAN | | 294.00 |
| CHECK | * 10981 | 54381 | APR 1 25 | E. D. TSINTOLAS | | 6,000.00 |
| CHECK | * 10982 | 54401 | APR 2 25 | WASTE MANAGEMENT OF MARYL | | 690.33 |
| CHECK | * 10983 | 54402 | APR 2 25 | PEPCO | | 21.03 |
| CHECK | * 10984 | 54403 | APR 2 25 | PEPCO | | 331.01 |
| CHECK | * 10985 | 54404 | APR 2 25 | PEPCO | | 20.96 |
| CHECK | * 10986 | 54405 | APR 2 25 | PEPCO | | 22.84 |
| CHECK | * 10987 | 54406 | APR 2 25 | PEPCO | | 40.84 |
| CHECK | * 10988 | 54438 | APR 3 25 | PEPCO | | 21.72 |
| CHECK | * 10989 | 54439 | APR 4 25 | COLE, GOODSON & ASSOCIATE | | 248.32 |
| CHECK | * 10990 | 54440 | APR 4 25 | COLE, GOODSON & ASSOCIATE | | 498.27 |
| CHECK | * 10991 | 54457 | APR 8 25 | DC WATER AND SEWER AUTHOR | | 1,624.63 |
| CHECK | * 10992 | 54475 | APR 9 25 | HOME DEPOT | | 532.49 |
| CHECK | * 10993 | 54476 | APR 10 25 | D.E. NICHOLAS INC. | | 4,480.00 |
| CHECK | * 10994 | 54506 | APR 14 25 | VOID | | 0.01 |
| CHECK | * 10995 | 54519 | APR 16 25 | HARFORD MUTUAL INSURANCE | | 4,099.25 |
| CHECK | * 10996 | 54520 | APR 18 25 | ACARDIAN CONSTRUCTION COM | | 600.00 |
| CHECK | * 10997 | 54521 | APR 18 25 | VERIZON | | 67.49 |
| CHECK | * 10998 | 54579 | APR 22 25 | U.S. TRUSTEE | | 250.00 |

* Check is cleared

## Totals

| | | |
|---|---|---|
| Checks | | 19,843.19 |
| Deposits | 18,615.00 | |
| Bank Debit | | 1,304.75 |
| Change in Cash | | -2,532.94 |

## Tsintolas Investments, Inc.
**Uncleared** - April 2025 Checks

| Date Written | Check # | Vendor | Amount | Date Cleared |
|---|---|---|---|---|
| NONE | | | | |

**Total**     0.00

# TSINTOLAS REALTY COMPANY
## Checkbook Ledger Items by COA

|  |  |  | Group: | TSIN INV | Vendor: ALL |  | Printed: | MAY 9 25 |
|--|--|--|--|--|--|--|--|--|
|  |  |  | Prop: | ALL | Prop Mgr: ALL |  | Page #: | 1 |
|  |  |  | Unit: | ALL | COA: ALL |  | From: | APR 1 25 |
|  |  |  |  |  |  |  | To: | APR 30 25 |

| Type | Ref # | Date | Payee | Prop | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|---|
| BANK DEBIT | 54466 | APR 8 25 |  | 4020 | BNK CHG |  | 5.00 |  |
|  |  |  | Subtotal for |  | **BNK CHG** |  | 5.00 |  |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | 4040 | CARP MAT |  | 241.98 |  |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | 4030 | CARP MAT |  | 78.01 |  |
|  |  |  | Subtotal for |  | **CARP MAT** |  | 319.99 |  |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | 4040 | CLEAN |  | 480.00 |  |
|  |  |  | Subtotal for |  | **CLEAN** |  | 480.00 |  |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | 4020 | COMMON |  | 200.00 |  |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | 4030 | COMMON |  | 200.00 |  |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | 4040 | COMMON |  | 200.00 |  |
|  |  |  | Subtotal for |  | **COMMON** |  | 600.00 |  |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | 4040 | DEMO |  | 640.00 |  |
|  |  |  | Subtotal for |  | **DEMO** |  | 640.00 |  |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | 4020 | ELECT MAT |  | 212.50 |  |
|  |  |  | Subtotal for |  | **ELECT MAT** |  | 212.50 |  |
| CHECK | 10983 | APR 2 25 | PEPCO | 4020 | ELECTRIC |  | 21.03 |  |
| CHECK | 10984 | APR 2 25 | PEPCO | 4040 | ELECTRIC |  | 331.01 |  |
| CHECK | 10985 | APR 2 25 | PEPCO | 4020 | ELECTRIC |  | 20.96 |  |
| CHECK | 10986 | APR 2 25 | PEPCO | 4030 | ELECTRIC |  | 22.84 |  |
| CHECK | 10987 | APR 2 25 | PEPCO | 4030 | ELECTRIC |  | 40.84 |  |
| CHECK | 10988 | APR 3 25 | PEPCO | 4020 | ELECTRIC |  | 21.72 |  |
|  |  |  | Subtotal for |  | **ELECTRIC** |  | 458.40 |  |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | 4020 | FIRE |  | 1,366.33 |  |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | 4030 | FIRE |  | 1,366.33 |  |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | 4020 | FIRE |  | .01 |  |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | 4040 | FIRE |  | 1,366.58 |  |
|  |  |  | Subtotal for |  | **FIRE** |  | 4,099.25 |  |
| BANK DEBIT | 54601 | APR 14 25 |  | 4020 | GAS |  | 1,299.75 |  |
|  |  |  | Subtotal for |  | **GAS** |  | 1,299.75 |  |
| CHECK | 10989 | APR 4 25 | COLE, GOODSON & | 4040 | LEGAL |  | 248.32 |  |
| CHECK | 10990 | APR 4 25 | COLE, GOODSON & | 4040 | LEGAL |  | 498.27 |  |
|  |  |  | Subtotal for |  | **LEGAL** |  | 746.59 |  |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | 4040 | MGT FEE |  | 2,000.00 |  |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | 4030 | MGT FEE |  | 2,000.00 |  |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | 4020 | MGT FEE |  | 2,000.00 |  |
|  |  |  | Subtotal for |  | **MGT FEE** |  | 6,000.00 |  |
| CHECK | 10980 | APR 1 25 | METROPOLITAN LI | 4040 | MISC INS |  | 294.00 |  |
|  |  |  | Subtotal for |  | **MISC INS** |  | 294.00 |  |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | 4040 | PAINT/PLAS |  | 2,240.00 |  |
|  |  |  | Subtotal for |  | **PAINT/PLAS** |  | 2,240.00 |  |

|  |  |  |  | Group: | TSIN INV | Vendor: ALL |  | Printed: | MAY 9 25 |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Prop: | ALL | Prop Mgr: ALL |  | Page #: | 2 |
|  |  |  |  | Unit: | ALL | COA: ALL |  | From: | APR 1 25 |
|  |  |  |  |  |  |  |  | To: | APR 30 25 |
| Type | Ref # | Date | Payee |  | Prop | Ledger Account | Inv # | db | cr |

| Type | Ref # | Date | Payee | Prop | Ledger Account | db | cr |
|---|---|---|---|---|---|---|---|
| CHECK | 10997 | APR 18 25 | VERIZON | 4040 | PHONE |  | 67.49 |
|  |  |  | Subtotal for |  | PHONE |  | 67.49 |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | 4040 | PREP |  | 1,120.00 |
|  |  |  | Subtotal for |  | PREP |  | 1,120.00 |
| DEPOSIT | 54376 | APR 2 25 |  | 4030 | RENT | 1,190.00 |  |
| DEPOSIT | 54383 | APR 3 25 |  | 4040 | RENT | 1,000.00 |  |
| DEPOSIT | 54408 | APR 4 25 |  | 4040 | RENT | 1,015.00 |  |
| DEPOSIT | 54409 | APR 4 25 |  | 4040 | RENT | 820.00 |  |
| DEPOSIT | 54415 | APR 7 25 |  | 4020 | RENT | 685.00 |  |
| DEPOSIT | 54415 | APR 7 25 |  | 4040 | RENT | 1,055.00 |  |
| DEPOSIT | 54442 | APR 7 25 |  | 4020 | RENT | 2,935.00 |  |
| DEPOSIT | 54442 | APR 7 25 |  | 4030 | RENT | 1,050.00 |  |
| DEPOSIT | 54442 | APR 7 25 |  | 4040 | RENT | 700.00 |  |
| DEPOSIT | 54461 | APR 10 25 |  | 4030 | RENT | 1,200.00 |  |
| DEPOSIT | 54461 | APR 10 25 |  | 4020 | RENT | 2,045.00 |  |
| DEPOSIT | 54488 | APR 15 25 |  | 4030 | RENT | 460.00 |  |
| DEPOSIT | 54552 | APR 22 25 |  | 4040 | RENT | 460.00 |  |
| DEPOSIT | 54552 | APR 22 25 |  | 4030 | RENT | 1,720.00 |  |
| DEPOSIT | 54581 | APR 29 25 |  | 4040 | RENT | 2,000.00 |  |
|  |  |  | Subtotal for |  | RENT | 18,335.00 |  |
| DEPOSIT | 54442 | APR 7 25 |  | 4020 | SPECIAL | 40.00 |  |
| DEPOSIT | 54442 | APR 7 25 |  | 4030 | SPECIAL | 40.00 |  |
| DEPOSIT | 54488 | APR 15 25 |  | 4030 | SPECIAL | 40.00 |  |
| DEPOSIT | 54552 | APR 22 25 |  | 4030 | SPECIAL | 80.00 |  |
| DEPOSIT | 54552 | APR 22 25 |  | 4040 | SPECIAL | 40.00 |  |
| DEPOSIT | 54581 | APR 29 25 |  | 4040 | SPECIAL | 40.00 |  |
|  |  |  | Subtotal for |  | SPECIAL | 280.00 |  |
| CHECK | 10982 | APR 2 25 | WASTE MANAGEMEN | 4020 | TRASH |  | 690.33 |
|  |  |  | Subtotal for |  | TRASH |  | 690.33 |
| CHECK | 10994 | APR 14 25 | VOID | 4020 | US TRUSTEE |  | .01 |
| CHECK | 10998 | APR 22 25 | U.S. TRUSTEE | 4020 | US TRUSTEE |  | 250.00 |
|  |  |  | Subtotal for |  | US TRUSTEE |  | 250.01 |
| CHECK | 10991 | APR 8 25 | DC WATER AND SE | 4020 | WATER |  | 1,001.00 |
| CHECK | 10991 | APR 8 25 | DC WATER AND SE | 4040 | WATER |  | 623.63 |
|  |  |  | Subtotal for |  | WATER |  | 1,624.63 |

|  |  |
|---|---|
| Checks | 19,843.19 |
| Deposits | 18,615.00 |
| Journal Entries | 0.00 |
| Bank Debit | 1,304.75 |
| Bank Credit | 0.00 |
| Change in Cash | -2,532.94 |

Checkbook Items by Vendor

TSINTOLAS REALTY COMPANY

Printed: MAY 9 25
Page #: 1
From: APR 1 25
To: APR 30 25

Search  Group: TSIN INV  Vendor: ALL
Prop: ALL  Prop Mgr: ALL
Unit: ALL  COA: ALL

| Type | Ref # | Date | Payee | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|
| DEPOSIT | 54376 | APR 2 25 | | RENT | | 1,190.00 | |
| DEPOSIT | 54383 | APR 3 25 | | RENT | | 1,000.00 | |
| DEPOSIT | 54408 | APR 4 25 | | RENT | | 1,015.00 | |
| DEPOSIT | 54409 | APR 4 25 | | RENT | | 820.00 | |
| DEPOSIT | 54415 | APR 7 25 | | RENT | | 685.00 | |
| DEPOSIT | 54415 | APR 7 25 | | RENT | | 1,055.00 | |
| DEPOSIT | 54442 | APR 7 25 | | RENT | | 2,935.00 | |
| DEPOSIT | 54442 | APR 7 25 | | RENT | | 1,050.00 | |
| DEPOSIT | 54442 | APR 7 25 | | SPECIAL | | 40.00 | |
| DEPOSIT | 54442 | APR 7 25 | | SPECIAL | | 40.00 | |
| DEPOSIT | 54442 | APR 7 25 | | RENT | | 700.00 | |
| DEPOSIT | 54461 | APR 10 25 | | RENT | | 2,045.00 | |
| DEPOSIT | 54461 | APR 10 25 | | RENT | | 1,200.00 | |
| BANK DEBIT | 54466 | APR 8 25 | | BNK CHG | | | 5.00 |
| DEPOSIT | 54488 | APR 15 25 | | RENT | | 460.00 | |
| DEPOSIT | 54488 | APR 15 25 | | SPECIAL | | 40.00 | |
| DEPOSIT | 54552 | APR 22 25 | | RENT | | 460.00 | |
| DEPOSIT | 54552 | APR 22 25 | | SPECIAL | | 40.00 | |
| DEPOSIT | 54552 | APR 22 25 | | RENT | | 1,720.00 | |
| DEPOSIT | 54552 | APR 22 25 | | SPECIAL | | 80.00 | |
| DEPOSIT | 54581 | APR 29 25 | | RENT | | 2,000.00 | |
| DEPOSIT | 54581 | APR 29 25 | | SPECIAL | | 40.00 | |
| BANK DEBIT | 54601 | APR 14 25 | | GAS | | | 1,299.75 |
| | Subtotal for | | | | | 18,615.00 | 1,304.75 |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | COMMON | | 200.00 | |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | COMMON | | 200.00 | |
| CHECK | 10996 | APR 18 25 | ACARDIAN CONSTR | COMMON | | 200.00 | |
| | Subtotal for | | ACARDIAN CONSTR | | | 600.00 | |
| CHECK | 10989 | APR 4 25 | COLE, GOODSON & | LEGAL | | 248.32 | |
| CHECK | 10990 | APR 4 25 | COLE, GOODSON & | LEGAL | | 498.27 | |
| | Subtotal for | | COLE, GOODSON & | | | 746.59 | |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | DEMO | | 640.00 | |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | CLEAN | | 480.00 | |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | PAINT/PLAS | | 2,240.00 | |
| CHECK | 10993 | APR 10 25 | D.E. NICHOLAS I | PREP | | 1,120.00 | |
| | Subtotal for | | D.E. NICHOLAS I | | | 4,480.00 | |
| CHECK | 10991 | APR 8 25 | DC WATER AND SE | WATER | | 623.63 | |
| CHECK | 10991 | APR 8 25 | DC WATER AND SE | WATER | | 1,001.00 | |
| | Subtotal for | | DC WATER AND SE | | | 1,624.63 | |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | MGT FEE | | 2,000.00 | |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | MGT FEE | | 2,000.00 | |
| CHECK | 10981 | APR 1 25 | E. D. TSINTOLAS | MGT FEE | | 2,000.00 | |
| | Subtotal for | | E. D. TSINTOLAS | | | 6,000.00 | |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | FIRE | | .01 | |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | FIRE | | 1,366.58 | |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | FIRE | | 1,366.33 | |
| CHECK | 10995 | APR 16 25 | HARFORD MUTUAL | FIRE | | 1,366.33 | |
| | Subtotal for | | HARFORD MUTUAL | | | 4,099.25 | |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | ELECT MAT | | 212.50 | |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | CARP MAT | | 78.01 | |
| CHECK | 10992 | APR 9 25 | HOME DEPOT | CARP MAT | | 241.98 | |
| | Subtotal for | | HOME DEPOT | | | 532.49 | |
| CHECK | 10980 | APR 1 25 | METROPOLITAN LI | MISC INS | | 294.00 | |
| | Subtotal for | | METROPOLITAN LI | | | 294.00 | |
| CHECK | 10983 | APR 2 25 | PEPCO | ELECTRIC | | 21.03 | |
| CHECK | 10984 | APR 2 25 | PEPCO | ELECTRIC | | 331.01 | |
| CHECK | 10985 | APR 2 25 | PEPCO | ELECTRIC | | 20.96 | |

# Checkbook Items by Vendor

TSINTOLAS REALTY COMPANY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Search | Group: TSIN INV | Vendor: ALL | | | Printed: MAY 9 25 | |
| | | Prop: ALL | Prop Mgr: ALL | | | Page #: 2 | |
| | | Unit: ALL | COA: ALL | | | From: APR 1 25 | |
| | | | | | | To: APR 30 25 | |

| Type | Ref # | Date | Payee | Ledger Account | Inv # | db | cr |
|---|---|---|---|---|---|---|---|
| CHECK | 10986 | APR 2 25 | PEPCO | ELECTRIC | | | 22.84 |
| CHECK | 10987 | APR 2 25 | PEPCO | ELECTRIC | | | 40.84 |
| CHECK | 10988 | APR 3 25 | PEPCO | ELECTRIC | | | 21.72 |
| | Subtotal for | | PEPCO | | | | 458.40 |
| CHECK | 10998 | APR 22 25 | U.S. TRUSTEE | US TRUSTEE | | | 250.00 |
| | Subtotal for | | U.S. TRUSTEE | | | | 250.00 |
| CHECK | 10997 | APR 18 25 | VERIZON | PHONE | | | 67.49 |
| | Subtotal for | | VERIZON | | | | 67.49 |
| CHECK | 10994 | APR 14 25 | VOID | US TRUSTEE | | | .01 |
| | Subtotal for | | VOID | | | | .01 |
| CHECK | 10982 | APR 2 25 | WASTE MANAGEMEN | TRASH | | | 690.33 |
| | Subtotal for | | WASTE MANAGEMEN | | | | 690.33 |

|  |  |
|---|---|
| Checks | 19,843.19 |
| Deposits | 18,615.00 |
| Journal Entries | 0.00 |
| Bank Debit | 1,304.75 |
| Bank Credit | 0.00 |
| Change in Cash | -2,532.94 |

# EXHIBIT F

**TSINTOLAS INVESTMENTS INC - APRIL 2025**

MONEIES OWED

| Tenant | Amount | Due Date |
|---|---:|---|
| Yvette Kidd | 850.00 | Now |
| Barbara Arnold | 1,120.00 | Now |
| Latwyla Mathias | 1,495.00 | Now |
| April Davis | 230.00 | Now |
| El-Haj Mali | 2,320.00 | Now |
| Curtis Howard | 3,885.00 | Now |
| Raashid Putten | 5,160.00 | Now |
| Crystal Randall | 1,068.00 | Now |
| Kyesha Newman | 25,666.00 | Now |
| **Total Due** | **41,794.00** | |

**Sandy Spring Bank**
A Division of Atlantic Union Bank

Last statement: March 31, 2025
This statement: April 30, 2025
Total days in statement period: 30

Page 1 of 2
XX-XXXX02-01
(18)

****************AUTO**MIXED AADC 212
2550 0.7560 MB 0.622          12 478

TSINTOLAS INVESTMENTS INC
DEBTOR IN POSSESSION CASE 24-00159
3520 CONNECTICUT AVE NW
WASHINGTON DC  20008-2463

Direct inquiries to:
800-399-5919

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | XX-XXXX02-01 | Beginning balance | | $13,682.95 |
| Enclosures | 18 | Total additions | | 18,615.00 |
| Low balance | $7,127.51 | Total subtractions | | 21,147.93 |
| Average balance | $12,138.44 | Ending balance | | $11,150.02 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10980 | 04-08 | 294.00 | 10990 | 04-16 | 498.27 |
| 10981 | 04-02 | 6,000.00 | 10991 | 04-14 | 1,624.63 |
| 10982 | 04-07 | 690.33 | 10992 | 04-14 | 532.49 |
| 10983 | 04-08 | 21.03 | 10993 | 04-11 | 4,480.00 |
| 10984 | 04-09 | 331.01 | 10995 * | 04-21 | 4,099.25 |
| 10985 | 04-09 | 20.96 | 10996 | 04-17 | 600.00 |
| 10986 | 04-09 | 22.84 | 10997 | 04-23 | 67.49 |
| 10987 | 04-09 | 40.84 | 10998 | 04-30 | 250.00 |
| 10988 | 04-11 | 21.72 | * Skip in check sequence | | |
| 10989 | 04-16 | 248.32 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-08 | ' Total Service Charge | 5.00 |
| | FEE BASED ACTIVITY FOR 03/25 | |
| 04-14 | ' ACH Withdrawal | 1,299.75 |
| | WASHINGTON GAS PAYMENT 250414 | |
| | 110002291125 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 04-02 | ' Deposit | 1,000.00 |
| 04-02 | ' Deposit | 1,190.00 |
| 04-03 | ' Deposit | 820.00 |
| 04-04 | ' Deposit | 1,015.00 |

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com

**Sandy Spring Bank**
A Division of Atlantic Union Bank

TSINTOLAS INVESTMENTS INC  
April 30, 2025

Page 2 of 2  
XX-XXXX02-01

| Date | Description | Additions |
|---|---|---|
| 04-07 | Deposit | 1,740.00 |
| 04-07 | Deposit | 4,765.00 |
| 04-10 | Deposit | 3,245.00 |
| 04-15 | Deposit | 500.00 |
| 04-22 | Deposit | 2,300.00 |
| 04-29 | Deposit | 2,040.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 13,682.95 | 04-09 | 16,786.94 | 04-17 | 11,226.76 |
| 04-02 | 9,872.95 | 04-10 | 20,031.94 | 04-21 | 7,127.51 |
| 04-03 | 10,692.95 | 04-11 | 15,530.22 | 04-22 | 9,427.51 |
| 04-04 | 11,707.95 | 04-14 | 12,073.35 | 04-23 | 9,360.02 |
| 04-07 | 17,522.62 | 04-15 | 12,573.35 | 04-29 | 11,400.02 |
| 04-08 | 17,202.59 | 04-16 | 11,826.76 | 04-30 | 11,150.02 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, MD 20832 | 301.774.6400 | 800.399.5919 | sandyspringbank.com





Check # 10980 - $294.00 - 04/08/2025

Check # 10981 - $6,000.00 - 04/02/2025





Check # 10982 - $690.33 - 04/07/2025

Check # 10983 - $21.03 - 04/08/2025





Check # 10984 - $331.01 - 04/09/2025

Check # 10985 - $20.96 - 04/09/2025





Check # 10986 - $22.84 - 04/09/2025

Check # 10987 - $40.84 - 04/09/2025





Check # 10988 - $21.72 - 04/11/2025

Check # 10989 - $248.32 - 04/16/2025

Check # 10990 - $498.27 - 04/16/2025

Check # 10991 - $1,624.63 - 04/14/2025



Check # 10992 - $532.49 - 04/14/2025



Check # 10993 - $4,480.00 - 04/11/2025



Check # 10995 - $4,099.25 - 04/21/2025



Check # 10996 - $600.00 - 04/17/2025

Check # 10997 - $67.49 - 04/23/2025

Check # 10998 - $250.00 - 04/30/2025